# UNITED STATES DISTRICT COURT

## For the Middle District of Alabama

RECEIVED

2026 FEB 17  P 12: 33

U.S. ... CT COU...
MID... DISTRICT ALA

-------------------------------------------------------------

Anthony Mills

                           Plaintiff

        v.                                          Complaint

                                          Case No.  2:26-cv-00105-MHT-SMD

Arlene Bluth

                           Defendant

-------------------------------------------------------------

1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss 100269/2023, causing unreasonable cost to the parties,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands jury trial and $1 Million against Defendant.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 2/1/26

Anthony Mills

Anthony Mills
18 Marine Corps Dr,
Tamuning, Guam 96901

NEW YORK NY  100

14 FEB 2026  PM 6  L



UNITED STATES
OF AMERICA
FOREVER/USA

US District Court Clerk's Office
One Church Street
Montgomery, AL 36104

36104-401801