IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv105-MHT |
| | ) | (WO) |
| ARLENE BLUTH, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit alleging a conspiracy to violate his due process rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed for failure to prosecute and abide by court orders.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2026.

         /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE